■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN A. DAWKINS, Appellant. [859 NYS2d 880]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered July 27, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree and criminally using drug paraphernalia in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY C. HAMILTON, Appellant. [859 NYS2d 890]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered July 27, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY A. HILTON, Appellant. [859 NYS2d 880]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered April 16, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal sale of a controlled substance in the fifth degree (Penal Law § 220.31). Defendant failed to preserve for our review his challenge to the duration of the order of protection (see People v Nieves, 2 NY3d 310, 315-317 [2004]; People v Lake, 45 AD3d 1409, 1410 [2007], lv denied 10 NY3d 767 [2008]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (see CPL 470.15 [6] [a]). The sentence is not unduly harsh or severe. Present—Scudder, P.J., Centra, Fahey, Peradotto and Pine, JJ.